UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| ROANE COUNTY, TENNESSEE, THE CITY OF KINGSTON, TENNESSEE, and THE CITY OF HARRIMAN, TENNESSEE, <br><br> Plaintiffs, <br><br> v. <br><br> JACOBS ENGINEERING GROUP, INC., and THE TENNESSEE VALLEY AUTHORITY, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) No.: 3:19-cv-206-TAV-HBG ) ) ) ) ) |

## **ORDER**

For the reasons stated in the memorandum opinion, filed contemporaneously with this order, Defendants' motions to dismiss [Docs. 62, 64] are **GRANTED**, and all other motions [Docs. 47, 55, 59] are **DENIED AS MOOT**. All claims against defendant are hereby **DISMISSED WITHOUT PREJUDICE** and the Clerk of Court is **DIRECTED** to **CLOSE** this case.

IT IS SO ORDERED.

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT

    s/ John L. Medearis
    CLERK OF COURT